## 37762. BUTTRUM v. THE STATE.

PER CURIAM.

It appearing that the appellant is no longer in life, the appeal is dismissed as moot.

*Appeal dismissed. Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED OCTOBER 14, 1981.

*Little & Adams, Rickie L. Brown, Pittman, Kinney, Kemp, Pickell, Avrett & Sponcler, F. Gregory Melton,* for appellant.

*Stephen A. Williams, District Attorney, Arthur K. Bolton, Attorney General, Charles E. Brown, Staff Assistant Attorney General,* for appellee.